| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | Facsimile:   (415) 882-2999 |
|   | E-mail:  dsidd-champion@mjmlaw.us |
| 5 | |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br>    Plaintiffs, <br><br>    v. <br><br>JAMES ISLAND PLASTERING, INC., <br><br>    Defendant. | Case No. C 06-3869 MHP <br><br>**STIPULATION TO CONTINUE DEADLINES FOR DISPOSITIVE MOTIONS AND PROPOSED ORDER** <br><br>Current Filing Deadline: <br>    March 19, 2007 <br>Proposed Filing Deadline: <br>    April 16, 2007 |

    Plaintiffs Board of Trustees of the Plastering Industry Welfare Trust Fund; Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and Board

of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund ("Trust Funds") and defendant James Island Plastering, Inc. ("Employer"), by their respective counsel, hereby stipulate as follows:

1. Following mediation, the parties have continued to meet to discuss settlement of this lawsuit. Various settlement possibilities have been explored. At this time, the parties are still exchanging settlement proposals.

2. In order to give the parties time to continue to explore settlement without incurring additional attorneys' fees, the parties jointly request that the deadlines for dispositive motions be continued. At this time, the deadline for filing such motions is March 19, 2007, with the opposition due April 2, 2007, the reply due April 9, 2007 and the hearing scheduled for April 30, 2007.

3. The parties jointly request that all dates related to dispositive motions be continued by approximately one month. Specifically, the parties propose that the date for filing motions be continued to April 16, 2007, that the date for filing the opposition be continued to April 30, 2007, that the date for filing the reply be continued to May 7, 2007 and that the hearing be continued to May 21, 2007 at 2:00 p.m.

Respectfully submitted,

**McCARTHY, JOHNSON & MILLER**
**Law Corporation**

Dated: March 15, 2007      By:  /s/ Diane Sidd-Champion
                                DIANE SIDD-CHAMPION
                                Attorneys for Plaintiffs


**LAW OFFICES OF MICHAEL L. MAU**

Dated: March 15, 2007      By:  /s/ Michael L. Mau
                                MICHAEL L. MAU
                                Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: __March 16__, 2007     By: _____
                                  MARILYN HALL PATEL
                                  UNITED STATES DISTRICT JUDGE

*[Court seal: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court Northern District of California]*

STIPULATION TO CONTINUE DEADLINES FOR DISPOSITIVE MOTIONS AND PROPOSED ORDER
Case No. C 06-3869 MHP