| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
|   | 595 Market Street, Suite 2200 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 4 | Facsimile:   (415) 882-2999 |
|   | E-mail:  dsidd-champion@mjmlaw.us |
| 5 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>           Plaintiffs,<br><br>    v.<br><br>JAMES ISLAND PLASTERING, INC.,<br><br>           Defendant. | Case No. C 06-3869 MHP<br><br>**JOINT REQUEST TO VACATE DISMISSAL WITH PREJUDICE AND TO ENTER CONDITIONAL DISMISSAL AND ENTRY OF JUDGMENT UPON DEFAULT** |

1   The parties hereby request that the order filed on April 11, 2007, dismissing the action with
2   prejudice, be vacated. The action has been settled by the parties' agreement that defendant make
3   installment payments, that the court enter a conditional dismissal, and that the court enter judgment
4   in the event of a default in said payments.

**PROCEDURAL HISTORY**

In a Certification of ADR Session, dated March 30, 2007, Fred D. Butler, the mediator appointed by the Court's ADR Unit, stated that the action had been fully settled. (Court Document No. 17.)

In apparent reliance on the Certification of ADR Session, on April 11, 2007, the Court issued an Order of Ninety-Day Conditional Dismissal. (Court Document No. 18.) The Order stated:

> IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

In fact, the parties had not finally agreed on a settlement by March 30, 2007. The parties reached final agreement on the terms of settlement on April 9, 2007. Those terms are set forth in the Settlement Agreement and Stipulation for Conditional Dismissal and Entry of Judgment Upon Default, filed herewith. Under the Settlement Agreement, defendant James Island Plastering, Inc. agreed to make 12 monthly installment payments to the plaintiff Trust Funds, with the final payment due by April 1, 2008. The defendant further agreed that if any installment were not paid timely or if any future fringe benefit contributions, which were due for work performed through March 2008, were not paid timely, the plaintiff Trust Funds could ask the court to enter judgment.

**REQUEST TO VACATE ORDER (NINETY-DAY CONDITIONAL DISMISSAL)**

The terms of the Settlement Agreement and Stipulation for Conditional Dismissal and Entry of Judgment Upon Default are thus inconsistent with the Court's Order filed on April 11, 2007. Accordingly, the parties hereby request that the Court's April 11, 2007 Order dismissing the action

////

////

////

1  with prejudice be vacated and that the Court enter the order requested by the parties in their Settlement
2  Agreement and Stipulation for Conditional Dismissal and Entry of Judgment Upon Default.

**McCARTHY, JOHNSON & MILLER**
**Law Corporation**

Dated:  April 20, 2007    By:  /s/  Diane Sidd-Champion
                               DIANE SIDD-CHAMPION
                               Attorneys for Plaintiffs

**LAW OFFICES OF MICHAEL L. MAU**

Dated:  April 20, 2007    By:  /s/  Michael L. Mau
                               MICHAEL L. MAU
                               Attorneys for Defendant

April 24, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA